RUBY STEAMSHIP CORPORATION, LTD., Respondent, *v.* AMERICAN MERCHANT MARINE INSURANCE COMPANY, Appellant.

RUBY STEAMSHIP CORPORATION, LTD., Respondent, *v.* GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

(Argued February 14, 1929; decided March 19, 1929.)

*Jeremiah T. Mahoney, T. Catesby Jones* and *James W. Ryan* for appellant.

*Chauncey E. Treadwell* for respondent.

In each action judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.